713 A.2d 1143

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Joseph M. CLECKLEY, Jr., Petitioner.**

Supreme Court of Pennsylvania.

Aug. 14, 1998.

John J. Petrush, Jr., Beaver, for petitioner.

## *ORDER*

PER CURIAM.

AND NOW, this 14th day of August, 1998, the Petition for Allowance of Appeal is granted limited to the question:

"When an otherwise illegal search is sought to be validated on the basis of purported consent, must the court employ a waiver analysis, as opposed to a simple 'voluntariness' standard."